No. 81–1389. GOLDENBERG v. UNITED STATES (two cases). C. A. 1st Cir. Certiorari denied.

No. 81–1392. WINTER v. UNITED STATES (two cases). C. A. 1st Cir. Certiorari denied.

No. 81–1394. PRICE v. UNITED STATES (two cases). C. A. 1st Cir. Certiorari denied.

No. 81–6152. CAMPBELL v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 81–6593. BURROWS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–949. FRICKE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–954. KECKEISEN v. UNITED STATES; PFEFFER v. UNITED STATES; and BUCHANAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–1046. KANE GAS LIGHT & HEATING CO. v. INTERNATIONAL BROTHERHOOD OF FIREMEN & OILERS, LOCAL 112. C. A. 3d Cir. Certiorari denied.

No. 82–1081. ESTATE OF FRIEDERS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 82–1086. GROOM v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–1106. STINE v. CROSS. Super. Ct. Pa. Certiorari denied.